# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| HENRY HERNANDEZ, | * |
| Petitioner, | *  CIVIL ACTION NO.: CV514-080 |
| v. | * |
| WARDEN TRACY JOHNS, | * |
| Respondent. | * |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which no Objections have been filed. Hernandez's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED** based on his failure to exhaust his administrative remedies properly before filing his petition. The Clerk of Court is directed to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 11 day of June, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)